

**ROBERT A. GORDON**
**U.S. BANKRUPTCY JUDGE**

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 64696

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Located in Baltimore

| | |
|---|---|
| IN RE:<br><br>VIRGINIA GAYLE BEVERLY<br>AKA VIRGINIA B. MAULTSBY<br><br>    Debtor | Case No. 16-21945-RAG<br>Chapter 13 |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR NRZ PASS-THROUGH TRUST IV<br><br>    Movant<br>v.<br><br>VIRGINIA GAYLE BEVERLY<br>AKA VIRGINIA B. MAULTSBY<br><br>    Respondents | Motion No. |

## **CONSENT ORDER MODIFYING AUTOMATIC STAY**

    Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

Page 1

  ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d) , to permit Movant to commence foreclosure proceeding in the Circuit Court for Baltimore County, Maryland, against the real property and improvements with a legal description of "Lot numbered Six (6) in Block C as shown on Plat entitled Section 'E' Westerlee" also known as 1202 Dlong Road, Catonsville, MD 21228 and to allow the successful purchaser to obtain possession of same; and be it further

  ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

  1.  Make a payment to the Movant of $1,781.03  said payment represents the regular mortgage  payment) by  September 1, 2017 and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

  2.  Make a payment to the Movant of $1,293.64 on September 15, 2017 (said payment represents 1/6 of the arrears of $7,761.80 which consist of 4 payments of $1,781.03 for 05/01/2017 through 08/01/2017 and attorney fees and costs of $1,031.00 less suspense of $393.32) and continue to make payments of $1,293.64 by the 15th of each month through and including February 15, 2018 ; and

  3.  All payments to the Movant should be made to:

  Nationstar Mortgage LLC
  Attn: Payment Processing
  PO Box 619094
  Dallas, TX. 75261-9741

  To the extent the Debtor defaults in making the above specified cure or regular payments within the first sixty days of the cure the Movant shall be immediately free to proceed with foreclosure of its security instrument; the forbearance provisions of this order will immediately terminate upon the failure to timely tender any and all payments within the first sixty days of this order and the filing of the Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If being understood between the parties that strict compliance provision is intended as good faith consideration for this order.  Upon default and termination of the forbearance provisions under this paragraph, the Movant shall file a Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If the debtor defaults upon payment under the terms of this order and if said default occurs outside of the sixty day period set forth in this paragraph or if any payments which have been acknowledged in the calculation of the mortgage arrearage in this order, but which subsequently fail to clear and are dishonored then the Movant shall mail notice to the Debtor  allowing an additional ten (10) days from the mailing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the payment remains in arrears,

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 64696

Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above , without further order of court

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer, Esq. | /s/ Charlene A. Wilson, Esq. |
|---|---|
| Mark D. Meyer, Esq.<br>Attorney for Movant | Charlene A. Wilson, Esq.<br>Attorney for Debtor |

cc:
Mark D. Meyer, Esq.,
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Nancy Spencer Grigsby
Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Charlene A. Wilson, Esquire
1 N. Charles Street, Suite 1905,
Baltimore MD 21201

Virginia Gayle Beverly
aka Virginia B. Maultsby
1202 Dlong Road
Catonsville, MD 21228

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 64696

      I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                      /s/ Mark D. Meyer, Esq.
                                      Mark D. Meyer, Esq.

**End of Order**

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 64696